UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TERRANCE ATKINS, ET AL. | * | CIVIL ACTION NO. 2:17-CV-454 |
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| PRIMORIS SERVICE CORP., ET AL. | * | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons stated in the Report and Recommendation (Rec. Doc. 42) of the Magistrate Judge previously filed herein, after an independent review of the record, a review of the defendants' objections, and a *de novo* determination of the issues, the court determines that the findings are correct under applicable law. Accordingly,

**IT IS ORDERED** that the defendants' Motion for Judgment on the Pleadings (Rec. Doc. 33) is **DENIED**.

Shreveport, Louisiana, this 21 day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE