UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TERRANCE ATKINS, et al | * | CIVIL ACTION |
| | * | NO. 2:17-CV-00454 |
| Plaintiffs, | * | |
| v. | * | JUDGE HICKS |
| | * | |
| PRIMORIS SERVICE CORPORATION | * | MAGISTRATE JUDGE KAY |
| and PRIMORIS ENERGY SERVICES | * | |
| CORPORATION | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION FOR APPROVAL OF INDIVIDUAL SETTLEMENT AGREEMENTS
AND TO FILE SETTLEMENT AGREEMENTS UNDER SEAL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Terrance Atkins, Gerald Woods, and Leandre Smith and Defendants, Primoris Service Corporation and Primoris Energy Services Corporation (collectively, the "Parties"), and, pursuant to 29 U.S.C. § 216 of the Fair Labor Standards Act (the "FLSA"), file this Joint Motion for Approval of Individual Settlement Agreements and to File Settlement Agreements Under Seal.  For all of the reasons provided in the attached Memorandum in Support, the Parties request that the Court approve of Plaintiffs' settlement of their FLSA claims after permitting the Parties to file the Plaintiffs' settlement agreements under seal for in camera review.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:    /s/ Christopher G. Morris
       PHYLLIS CANCIENNE, T.A. (La. #19605)
       CHRISTOPHER G. MORRIS (La. #28847)
       ELIZABETH A. LINER (La. #34429)
       450 Laurel Street, North Tower, 20th Floor
       Baton Rouge, Louisiana 70801
       Telephone: (225) 381-7000
       Facsimile: (225) 343-3612
       E-mail: pcancienne@bakerdonelson.com
       E-mail: bliner@bakerdonelson.com
       E-mail: cmorris@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, PRIMORIS SERVICE CORPORATION AND PRIMORIS ENERGY SERVICES CORPORATION**

**-AND-**

**SHELLIST LAZARZ SLOBIN LLP**

By: /s/ Ricardo J. Prieto
    ROBERT T. DEBES, JR.
    SBN: 05626150
    bdebes@eeoc.net
    RICARDO J. PRIETO
    SBN: 24062947
    rprieto@eeoc.net
    11 Greenway Plaza, Suite 1515
    Houston, TX 77046
    Telephone: (713) 621-2277
    Facsimile: (713) 621-0993

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of August, 2018, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                                s/ *Christopher G. Morris*
                                                                CHRISTOPHER G. MORRIS

4819-7732-8496 v1
2939337-000001 08/15/2018