# Exhibit A



March 3, 2016

James Industrial Constructors
18484 E. Petroleum Drive
Baton Rouge, LA 70809

Attention: Rusty DeBarge, Vice President, Construction Management Services

Contract No.: L2CC-SASOL-00-K019B
Transmittal No.: LTR-FTI/JIC-K019B-0142
Description: Per Diem – Craft/ Staff Allocations and Percentages

Dear Rusty,

Company has performed assessments on staff/ craft per diem allocations for the top framework contractors currently at site. Company requires the following directives implemented week of March 7, 2016.

Per diem allocations must not exceed seventy five percent (75%) of total site Indirects and staff.

Per diem allocations must not exceed fifty percent (50%) of total skilled craft at site (journeyman and above).

Contractor personnel that do not qualify for per diem payments include the following:

- Helpers (all classifications, all levels)
- Laborers
- Flaggers
- Hole watch
- Janitors
- Clerks
- Technicians (ex: Document Control, Quality, Safety, Construction, Procurement/ Contract, Engineering, etc.)

Contractor staff and craft personnel must live outside the established sixty (60) mile radius to qualify for per diem. Contractors are to use Sasol's LCCP Project physical address 3535 Houston River Road, Westlake, LA as center of radius.

Should you have any questions or wish to discuss further, please contact your framework Contracts Manager.



You are requested to sign this letter in the space provided below and return a copy via email as acknowledgement of receipt to Ms. Darlene Williams (Darlene.a.williams@fluor.com). Should you have any questions, please contact the undersigned.

Thank you in advance for your cooperation in this matter.

Sincerely,

*Burt Metzler*

Burt Metzler
Contract Management
Fluor Technip Integrated Joint Venture
Acting as Company's Representative for and on Behalf of Sasol Chemicals (USA) LLC

CC:
| | | |
|---|---|---|
| Steve Roth | Gene Testolin | Joe Boom |
| Mario Machrone | Butch Kimbrell | Shane Macnamara |
| Walt Barrick | Leslie Van Heerden | Jim Shoriak |
| Tom Downing | Dean Ragsdale | |

Receipt Acknowledged:

Name _____
(please print)

Name _____
(please sign)

Title: _____

Date: _____