UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TERRANCE ATKINS, et al** | * | CIVIL ACTION |
| | * | NO. 2:17-CV-00454 |
| Plaintiffs, | * | |
| v. | * | JUDGE HICKS |
| **PRIMORIS SERVICE CORPORATION** and **PRIMORIS ENERGY SERVICES CORPORATION** | * | MAGISTRATE JUDGE KAY |
| Defendants. | * | |

## ORDER

**CONSIDERING THE FOREGOING** Joint Motion for Approval of Individual Settlement Agreements and to File Settlement Agreements Under Seal (the "Motion") filed by Plaintiffs, Terrance Atkins, Gerald Woods, and Leandre Smith and Defendants, Primoris Service Corporation and Primoris Energy Services Corporation (collectively, the "Parties"), and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Motion is **GRANTED** in part. The Parties are hereby granted permission to file the Settlement Agreements under seal for in camera review.

**THUS DONE AND ORDERED** this _____ day of _____, 2018, in Chambers in Lake Charles, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE