UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TERRANCE ATKINS, et al** | * | **CIVIL ACTION** |
| | * | **NO. 2:17-CV-00454** |
| Plaintiffs, | * | |
| | * | |
| v. | * | **JUDGE HICKS** |
| | * | |
| **PRIMORIS SERVICE CORPORATION** | * | **MAGISTRATE JUDGE KAY** |
| and **PRIMORIS ENERGY SERVICES** | * | |
| **CORPORATION** | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Terrance Atkins, Gerald Woods, and Leandre Smith and Defendants, Primoris Service Corporation and Primoris Energy Services Corporation (collectively, the "Parties"), and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit this Stipulation of Dismissal as to this lawsuit and any claims asserted by Plaintiffs therein.  Plaintiffs and Defendants further stipulate that the dismissal is with prejudice, with the Parties to bear their own costs and attorney's fees.

Respectfully submitted,

**SHELLIST LAZARZ SLOBIN LLP**

By: */s/ Ricardo J. Prieto*
ROBERT T. DEBES, JR.
SBN: 05626150
bdebes@eeoc.net
RICARDO J. PRIETO
SBN:  24062947
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, TX 77046
Telephone:  (713) 621-2277
Facsimile:   (713) 621-0993
**ATTORNEYS FOR PLAINTIFFS**

1

-AND-

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:    */s/ Elizabeth A. Liner*
      PHYLLIS CANCIENNE, T.A. (La. #19605)
      CHRISTOPHER G. MORRIS (La. #28847)
      ELIZABETH A. LINER (La. #34429)
      450 Laurel Street, North Tower, 20th Floor
      Baton Rouge, Louisiana 70801
      Telephone:   (225) 381-7000
      Facsimile:    (225) 343-3612
      E-mail:  pcancienne@bakerdonelson.com
      E-mail:  bliner@bakerdonelson.com
      E-mail:  cmorris@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, PRIMORIS SERVICE CORPORATION AND PRIMORIS ENERGY SERVICES CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2018, a copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      *s/ Elizabeth A. Liner*
      ELIZABETH A. LINER

2